IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,   }
                               }
    Prosecutor            }
                               } CRIMINAL ACTION
versus                     } 1:07-CR-321-10-JEC
                               }
ANNA SOKOLOVA,          }
                               }
    Defendant             }
                               }

## <u>MOTION TO TERMINATE PROBATION</u>

Comes Now, Defendant Anna Sokolova,  by and through her undersigned counsel and moves this court to terminate Defendant's probation currently being served under Title 18 of the US Code. Sections 3564(c) and 3583(e)(1) give the Court the authority to terminate a term of probation in a felony case after serving one year of supervision if the Court is satisfied that such action is warranted by the conduct of an offender and is in the interest of justice.  This defendant has served 34 months.

As grounds therefore, Defendant shows to the court and avers as follows:

1.

On or about September 25, 2008, the Defendant entered a plea of guilty to four counts of 18 U.S.C. § 1341, counts 52-54 and count 57 of the indictment in this case for her part in a multi-defendant mortgage fraud action. Defendant was sentenced to total

of one day incarceration with credit for time served; restitution of $195,100 not jointly and several with the other defendants and another $215,303 jointly and severally with other defendants.

2.

Defendant Sokolova was also sentenced to five years of supervised release with a special condition of six months in community confinement followed by six months home confinement. She has successfully completed the special conditions and now has been on supervised release for a total of 34 months including the two confinement periods.

3.

Although Defendant has not paid back all of the $195,100 restitution that was not joint and several with the other defendants, she voluntarily surrendered through forfeiture $166,873.63.  She also has paid back a special assessment of $400.

4.

(1) This is Defendant's sole criminal offense;

(2) The defendant did not use violence or credible threats of violence or possess a firearm or other dangerous weapon (or induce another participant to do so) in connection with the offense;

(3) the offense did not result in death or serious bodily injury to any person;

(4) the defendant was not an organizer, leader, manager, or supervisor of others in the offense, as determined under the sentencing guidelines; and

(5) the defendant has truthfully provided to the Government all information and evidence the defendant had concerning the offense or offenses that were part of the same course of conduct or of a common scheme or plan, but the fact that the defendant had no or little relevant or useful other information to provide or that the Government is already aware of the information shall not preclude a determination by the court that the defendant has complied with this requirement.

5.

Defendant is a working member of her community and an active parent.

6.

She has complied with all special conditions of supervision with the except of the remaining restitution, most of which is joint and several with the other defendants.

7.

She had no aggravated role in the offense of her conviction.

8.

Defendant has never had any history of violence.

9.

She has no arrest or convictions prior to or after her

arrest and conviction in the instant matter nor any pattern of criminal conduct.

10.

Additionally, Defendant has had no recent evidence of drug or alcohol abuse; no psychiatric episodes ever, no identifiable risk to the safety of any identifiable victim and no identifiable risk to public safety based on the Risk prediction Index (RPI)

11.

The existence of an outstanding financial penalty per se does not adversely affect termination eligibility as long as the offender has been paying in accordance with the payment plan.

12.

Since the Defendant was sentenced, Defendant has been a model probationer. She has been allowed to travel throughout the United States and even to Russia with her gymnastics teams without any problems.

13.

Defendant requests early termination for many reasons. One is that she has discomfort in how she feels since she has avoided telling her son about her probationary status. She also expresses a great desire to be able to travel with her competitive team without having to get permission from the court ever time she needs to travel with her job.

14.

In short, Defendant has performed with great success for two months shy of three years on her supervised release. She took to heart the sentencing judge's admonitions to learn from her mistakes.

15.

Defendant is still a resident of Georgia and is currently under the supervision of Probation Officer Lisa A Moore at 770-980-0369, ext. 231.  Undersigned counsel has spoken with Ms. Moore who stated that to the best of Ms. Moore's knowledge, Defendant has complied with all terms of her probation.

WHEREFORE, in light of the foregoing evidence and authority, the Defendant respectfully prays that the Court, in its discretion, grant the relief sought by Defendant and issue and order terminating Defendant's Probation instanter.

Respectfully submitted, this 26th day of July, 2011.

/s/Glenda S. Cook
Glenda S. Cook
Attorney for Defendant
Georgia Bar No.: 183771

235 Peachtree Street, N.E.
Suite 400
Atlanta, Georgia 30303
(404) 892-5700
LawAtlanta@aol.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have this day served the Prosecuting Entity for the United States of America with a true and correct copy of the foregoing document by hand delivery or by depositing same in U.S. Mails with correct postage attached thereto.

       The United States Attorney's Office
       Attn: Dahil Dueno Goss
       75 Spring Street, S.W.
       Suite 600
       Atlanta, GA 30303-3309

       Ms.Lisa A Moore
       2000 Powers Ferry Rd., Suite 530
       Marietta, GA 30067

This 26th day of July, 2011.

       Respectfully Submitted by:


       /s/Glenda S. Cook
       Glenda S. Cook
       Attorney for Defendant
       Georgia Bar No.: 183771

235 Peachtree Street, N.E.
Suite 400
Atlanta, Georgia 30303
(404) 892-5700
LawAtlanta@aol.com